Helen Frazer   State Bar No. 92627
Chapter 7 Trustee
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 500-6108

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO. 6:13-bk-27611-MH<br>CHAPTER 7 |
|---|---|
| DOUGLAS J ROGER | **NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION** |
| Debtor(s). | [NO HEARING REQUIRED] |

The Chapter 7 Trustee hereby withdraws the Notice to Professionals to File Final Applications for Compensation which is Document No. 1049 in this Court's docket.

Dated: July 30, 2020

/s/ Helen Frazer
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2901 W. COAST HWY, SUITE 200, NEWPORT BEACH, CA 92663**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/30/20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE         USTPREGION16.RS.ECF@USDOJ.GOV
MICHAEL BUJOLD                MICHAEL.J.BUJOLD@USDOJ.GOV
MOHAMMAD TEHRANI              MUHAMMAD.V.TEHRANI@USDOJ.GOV

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/30/20, I caused to be served by Bankruptcy Noticing Center (third party mail servicing) the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/30/20, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

STACY ELLEGE CHIANG           SCHIANG@SQUARMILNER.COM

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/30/20 | Mary Buenaventura | /s/ *Mary Buenaventura* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

| | |
|---|---|
| KATHRYN M.S. CATHERWOOD | KCATHERWOOD@FOLEY.CORN, VGOLDSMITH@FOLEY.COM |
| THOMAS M FERLAUTO | TMF@LAWOFFICETMF.COM, FERLAUTO@ME.COM |
| FRANKLIN R FRALEY | CMECF@FRALEYLAW.COM |
| JEFFREY K GARFINKLE | JGARFINKLE@BUCHALTER.COM, DOCKET@BUCHALTER.COM |
| CHAD V HAES | CHAES@MARSHACKHAYS.COM, ECFMARSHACKHAYS@GMAIL.COM |
| D EDWARD HAYS | EHAYS@MARSHACKHAYS.CORN, ECFMARSHACKHAYS@GMAIL.CORN |
| RAYMOND KING | RKING@RAYKINGLAW.COM |
| MEGAN E LEES | MEL@ECFINFORUPTCY.CORN; MLEES@ALDRIDGEPITE.COM |
| ANTHONY J NAPOLITANO | ANAPOLITANO@BUCHALTER.COM, IFS_FILING@BUCHALTER.COM |
| ANDREW NAZAR | COM ANAZAR@PO1SINELLI.COM, TBACKUS@POLSINELLI.COM; DOCKET@POLSINELLI.COM |
| CARMELA PAGAY | CTP@LNBRB.COM |
| SUMMER SHAW | HANLAW@AOL.COM |
| RAMESH SINGH | COM CLAIMS@RECOVERYCORP.COM |
| ARJUN SIVAKUMAR | ASIVAKURNAR@BROWNRUDNICK.COM |
| RANDYE B SOREF | RSOREF@POLSINELLI.COM |
| KELLY ANN M TRAN | KTRAN@MULVANEYBARRY.COM, NRAFIEI@MU1VANEYBARRY.COM |
| SUE-ANN L TRAN | CMECF@FRALEY1AW.COM |
| JENNIFER H WANG | JWANG@COOKSEYLAW.COM, JODOM@COOKSEYLAW.COM |
| JEANNE C WANLASS | JCWANLASS@YAHOO.COM |
| LAUREL R ZAESKE | LZAESKE@BROWNRUDNICK.COM |
| MARK FIRSYTHE | KMURPHY@GOEFORLAW.COM |
| SUMER SHAW | SS@SHAW.LAW |
| ARJUN SIVAKUMAR | ASIVAKUMAR@BROWNRUDNICK.COM |
| CATHERINE CASTALDI | CCASTALDI@BOWNRUDNICK.COM |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**