FRALEY & ASSOCIATES
Franklin R. Fraley, Jr.—SBN 151879
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101
Tel     213.393.2520
cmecf@fraleylaw.com

Attorneys for Secured Creditor and Plaintiff
REVERE FINANCIAL CORPORATION

**FILED & ENTERED**

FEB 12 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig          **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

| | |
|---|---|
| In re<br><br>DOUGLAS J. ROGER, an individual,<br><br>Debtor. | **Bk. No. 6:13-bk-27611-MH**<br><br>**Related Bk. No. 6:13-bk-27344-MH**<br>**Related Bk. No. 6:13-bk-27610-MH**<br><br>**Chapter 7**<br><br>**ORDER APPROVING STIPULATION BY ALL PARTIES TO CONTINUE STATUS CONFERENCE AND STAY CLAIM OBJECTION PENDING SETTLEMENT NEGOTIATIONS**<br><br>[Doc 1066]<br><br>**Continued Status Conference**<br>Date:     2021-04-28<br>Time:    2:00 p.m. PDT<br>Place:    Ctrm. 303 |

-1-

**ORDER ON STIP CONTINUE STATUS CONF/STAY CLAIM OBJ—2021-02-17**

The Bankruptcy Court, having reviewed the Stipulation by All Parties to Continue Status Conference and Stay Adversary Proceeding Settlement Negotiations, filed 11 February 2021 (the "Stipulation") [Doc 1066], and finding that good cause exists for the Stipulation,

- continues the 17 February 2021 status conference to 28 April 2021 at 2:00 p.m. PDT; and

- generally stays all proceedings on Debtor Douglas J. Roger's objection to Creditor Revere Financial Corporation's claim through 28 April 2021.

###

Date: February 12, 2021

Mark Houle
United States Bankruptcy Judge