FRALEY & ASSOCIATES
Franklin R. Fraley, Jr.—SBN 151879
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101
Tel     213.393.2520
cmecf@fraleylaw.com

Attorneys for Secured Creditor and Plaintiff
REVERE FINANCIAL CORPORATION

**FILED & ENTERED**

**APR 26 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig        **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

| | |
|---|---|
| In re | **Bk. No. 6:13-bk-27611-MH** |
| DOUGLAS J. ROGER, an individual, | **Related Bk. No. 6:13-bk-27344-MH**<br>**Related Bk. No. 6:13-bk-27610-MH** |
| Debtor. | **Chapter 7** |
| | **ORDER APPROVING STIPULATION BY ALL PARTIES TO CONTINUE STATUS CONFERENCE AND STAY CLAIM OBJECTION PENDING SETTLEMENT NEGOTIATIONS**<br><br>**[Doc 1072]**<br><br>**Continued Status Conference**<br>**Date:** 2021-06-30<br>**Time:** 2:00 p.m. PDT<br>**Place:** Ctrm. 303 |

-1-

**ORDER ON STIP CONTINUE STATUS CONF/STAY CLAIM OBJ—2021-04-28**

1     The Bankruptcy Court, having reviewed the Stipulation by All Parties to Continue Status Conference and Stay Adversary Proceeding Settlement Negotiations, filed 22 April 2021 (the "Stipulation") [Doc 1072], and finding that good cause exists for the Stipulation,

- continues the 28 April 2021 status conference to 30 June 2021 at 2:00 p.m. PDT; and
- generally stays all proceedings on Debtor Douglas J. Roger's objection to Creditor Revere Financial Corporation's claim through 30 June 2021.

###

Date: April 26, 2021

Mark Houle
United States Bankruptcy Judge

-2-