| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq. (SBN 283598)<br>SHAW & HANOVER, PC<br>75100 Mediterranean Avenue<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email: ss@shaw.law | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor, Douglas Jay Roger | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| In re:<br><br>Douglas Jay Roger<br><br><br><br><br><br>Debtor(s) | CASE NO.: 6:13-bk-27611-MH<br><br>CHAPTER: 7<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B     ☑ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G

☐ Schedule H     ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)     ☐ Statement of Intentions     ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 05/19/2021

_____
Douglas Jay Roger
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (If applicable)

NOTE: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015     Page 1     F 1007-1.1.AMENDED.SUMMARY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
75100 Mediterranean Avenue
Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): **Summary of Amended Schedules, Master Mailing List, and or Statements with Amended Schedule C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/19/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia notices@becket-lee.com
Michael J Bujold Michael.J.Bujold@usdoj.gov
Cathrine M Castaldi ccastaldi@brownrudnick.com
Kathryn M.S. Catherwood kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
Thomas M Ferlauto TMF@lawofficeTMF.com, ferlauto@me.com
Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Franklin R Fraley cmecf@fraleylaw.com
Helen R. Frazer (TR) hfrazertrustee@gmail.com, mbuenaventura@aalrr.com;C112@ecfcbis.com
Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Gavin L Greene gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov
Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Raymond King - INACTIVE - rking@raykinglaw.com
Michael S Kogan mkogan@koganlawfirm.com
Megan E Lees caecf@tblaw.com
Anthony J Napolitano anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Andrew Nazar anazar@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
Carmela Pagay ctp@lnbyb.com
Misty A Perry Isaacson misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Ramesh Singh claims@recoverycorp.com
Arjun Sivakumar asivakumar@brownrudnick.com
Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
Mohammad Tehrani mtehrani@duanemorris.com
Kelly Ann M Tran kelly@smalllawcorp.com, will@smalllawcorp.com
Sue-Ann L Tran cmecf@fraleylaw.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Jennifer H Wang jwang@cookseylaw.com, jwang@ecf.courtdrive.com
Jeanne C Wanlass jcwanlass@yahoo.com
Laurel R Zaeske lzaeske@brownrudnick.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                         F 1007-1.1.AMENDED.SUMMARY

**2. SERVED BY UNITED STATES MAIL:** On *(date)* **05/19/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY<br>Honorable Mark D. Houle<br>United States Bankruptcy Court<br>3420 Twelfth Street, Suite 365<br>Riverside, CA 92501-3819 | DEBTOR<br>Douglas J. Roger<br>70180 Chappel Riverside<br>Rancho Mirage, CA 92270 | MANUAL NOTICE<br>Don C. Burns<br>Law Office of Don C. Burns<br>30950 Rancho Viejo Rd., Ste. 155<br>San Juan Capistrano, CA 92675 |
|---|---|---|
| Coldwell Banker<br>8840 S. Sepulveda Boulevard<br>Los Angeles, CA 90045 | Coldwell Banker's<br>8840 S. Sepulveda Boulevard<br>Los Angeles, CA 90045 | Nicole Ebarb<br>70180 Chappel<br>Rancho Mirage, CA 92270 |
| Nathan Genovese<br>PO Box 1565<br>Guerneville, CA 95446 | Steven D. Hunt<br>Law Offices of Steven D. Hunt<br>5252 Orange Avenue<br>Suite 203A<br>Cypress, CA 90630 | Law Offices of Don C. Burns<br>30950 Rancho Viejo Road<br>Suite 175<br>San Juan Capistrano, CA 92675 |
| Annette LePique<br>435 Nichols Road, Suite 300<br>Kansas City, MO 64112 | David H. Ricks<br>David H. Ricks & Associates<br>8600 Utica Avenue, Suite 200<br>Rancho Cucamonga, CA 91730 | Seaway Properties Inc.<br>28545 Old Town Front Street<br>Temecula, CA 92590 |
| Seaway Properties Real Estate Inc.<br>28545 Old Town Front Street<br>Temecula, CA 92590 | Squar Milner LLP<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122 | Squar, Milner, Peterson<br>Miranda & Williamson LLP<br>4100 Newport Place, Suite 300<br>Newport Beach, CA 92660 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/19/2021 | Jennifer Blanton | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3 of 3    F 1007-1.1.AMENDED.SUMMARY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Douglas | Jay | Roger |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 6:13-bk-27611-MH | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Misc. Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **2 rings, 1 watch, and misc. cufflinks**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $7,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **401k Account:**<br>**Partnervest Division**<br>**Sorrento Pacific Financial, LLC**<br>**Acct no 1647**<br>**CMV as of 10/25/2013= $143,180.86**<br>**(Debtor contends that this is not property of the estate but lists it in the interest of candor)**<br>Line from *Schedule A/B*: **21.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Debtor 1   **Douglas Jay Roger**                                                                             Case number (if known)   **6:13-bk-27611-MH**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Defined Benefit Pension Plan:**<br>**Partnervest Division**<br>**Sorrento Pacific Financial, LLC**<br>**Acct no 3107**<br>**CMV as of 9/30/2013= $689,704.93**<br>**(Debtor contends that this is not property of the estate but lists it in the interest of candor)**<br>Line from Schedule A/B: **21.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **401(k) Account:**<br>**Morgan Stanley**<br>**Acct no**<br>**CMV as of 9/30/13**<br>Line from Schedule A/B: **21.3** | $3,463.77 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Disability Ins policy:**<br>**Unum- Provident Life & Accident Ins Co**<br>**Policy no 0860**<br>Line from Schedule A/B: **31.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.130 |
| **Debtor believes he holds claims against the County of Riverside, Riverside Sheriff's Department, and Stanley Sniff. Though it is asserted that the publication of the false statement was made on October 16, 2013, the publication was not discovered until app**<br>Line from Schedule A/B: **33.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 -- (Debtor intends to exempt full fair market value up to exemption limits.) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   
   ■ No
   
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes