| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq. (SBN 283598)<br>SHAW & HANOVER, PC<br>75100 Mediterranean Avenue<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email: ss@shaw.law | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor, Douglas Jay Roger | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| In re:<br>Douglas Jay Roger<br><br>Debtor(s) | CASE NO.: 6:13-bk-27611-MH<br>CHAPTER: 7<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule /B[1]   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G

☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)   ☐ Statement of Intentions   ☐ Master Mailing List

☐ Other (specify) · _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  03/11/2021

_____
Douglas Jay Roger
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

[1]DEBTOR IS AMENDING TO INCLUDE CLAIMS AGAINST COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, AND STANLEY SNIFF

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
75100 Mediterranean Avenue
Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): **Summary of Amended Schedules, Master Mailing List, and or Statements with Amended Schedule B** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/12/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia notices@becket-lee.com
Michael J Bujold Michael.J.Bujold@usdoj.gov
Cathrine M Castaldi ccastaldi@brownrudnick.com
Kathryn M.S. Catherwood kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
Thomas M Ferlauto TMF@lawofficeTMF.com, ferlauto@me.com
Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
Franklin R Fraley cmecf@fraleylaw.com
Helen R. Frazer (TR) hfrazertrustee@gmail.com, mbuenaventura@aalrr.com;C112@ecfcbis.com
Jeffrey K Garfinkle jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Gavin L Greene gavin.greene@usdoj.gov, USACAC.criminal@usdoj.gov
Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Raymond King - INACTIVE - rking@raykinglaw.com
Michael S Kogan mkogan@koganlawfirm.com
Megan E Lees caecf@tblaw.com
Anthony J Napolitano anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
Andrew Nazar anazar@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
Carmela Pagay ctp@lnbyb.com
Misty A Perry Isaacson misty@ppilawyers.com, ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com
Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Ramesh Singh claims@recoverycorp.com
Arjun Sivakumar asivakumar@brownrudnick.com
Randye B Soref rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
Mohammad Tehrani mtehrani@duanemorris.com
Kelly Ann M Tran kelly@smalllawcorp.com, will@smalllawcorp.com
Sue-Ann L Tran cmecf@fraleylaw.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Jennifer H Wang jwang@cookseylaw.com, jwang@ecf.courtdrive.com
Jeanne C Wanlass jcwanlass@yahoo.com
Laurel R Zaeske lzaeske@brownrudnick.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                                    F 1007-1.1.AMENDED.SUMMARY

2. **SERVED BY UNITED STATES MAIL**: On (date) __03/12/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY | DEBTOR | MANUAL NOTICE |
|---|---|---|
| Honorable Mark D. Houle<br>United States Bankruptcy Court<br>3420 Twelfth Street, Suite 365<br>Riverside, CA 92501-3819 | Douglas J. Roger<br>70180 Chappel Riverside<br>Rancho Mirage, CA 92270 | Don C. Burns<br>Law Office of Don C. Burns<br>30950 Rancho Viejo Rd., Ste. 155<br>San Juan Capistrano, CA 92675 |
| Coldwell Banker<br>8840 S. Sepulveda Boulevard<br>Los Angeles, CA 90045 | Coldwell Banker's<br>8840 S. Sepulveda Boulevard<br>Los Angeles, CA 90045 | Nicole Ebarb<br>70180 Chappel<br>Rancho Mirage, CA 92270 |
| Nathan Genovese<br>PO Box 1565<br>Guerneville, CA 95446 | Steven D. Hunt<br>Law Offices of Steven D. Hunt<br>5252 Orange Avenue<br>Suite 203A<br>Cypress, CA 90630 | Law Offices of Don C. Burns<br>30950 Rancho Viejo Road<br>Suite 175<br>San Juan Capistrano, CA 92675 |
| Annette LePique<br>435 Nichols Road, Suite 300<br>Kansas City, MO 64112 | David H. Ricks<br>David H. Ricks & Associates<br>8600 Utica Avenue, Suite 200<br>Rancho Cucamonga, CA 91730 | Seaway Properties Inc.<br>28545 Old Town Front Street<br>Temecula, CA 92590 |
| Seaway Properties Real Estate Inc.<br>28545 Old Town Front Street<br>Temecula, CA 92590 | Squar Milner LLP<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122 | Squar, Milner, Peterson<br>Miranda & Williamson LLP<br>4100 Newport Place, Suite 300<br>Newport Beach, CA 92660 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/12/2021 | Jennifer Blanton | _Jennifer Blanton_ (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 3                              F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

Debtor 1: **Douglas Jay Roger**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 6:13-bk-27611-MH

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☒ Yes

   3.1 Make:
   Model:
   Year:
   Approximate mileage:
   Other information:
   2006 Chrysler 300 (Title is held in Orthopedic Institute of The Coachella Valley OR Debtor's but DJRI is arguably the equitable owner of vehicle as it has appeared on DJRI's balance sheet and tax returns as an asset of DJRI) CMV= $6750.00

   Who has an interest in the property? Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $0.00
   Current value of the portion you own? $0.00

| Debtor 1 | Douglas Jay Roger | Case number *(if known)* | 6:13-bk-27611-MH |
|---|---|---|---|

| 3.2 | Make: | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: | ■ Debtor 1 only | |
| | Year: | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | 2006 Mercedes CLS55 (Title is held in Debtor's name only but DJRI is arguably the equitable owner of vehicle as it has appeared on DJRI's balance sheet and tax returns as an asset of DJRI's) CMV= $23,825.00 | ☐ Check if this is community property *(see instructions)* | $0.00    $0.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................=>     $0.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Misc household goods and furnishings | $5,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | 1 set of golf clubs | $55.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B    Schedule A/B: Property    page 2

| Debtor 1 | Douglas Jay Roger | Case number (if known) | 6:13-bk-27611-MH |
|---|---|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Misc. Clothing | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | 2 rings, 1 watch, and misc. cufflinks | $1,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................ | **$7,055.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................

    | Uncashed refund check from Wells Fargo | $66.97 |
    |---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................

    Institution name:

    | 17.1. | Checking Account: Wells Fargo Acct no 5935 [This account is Nicole Ebarb's account only. Debtor is listed on the account soley as a "Pay on Death" ("POD") beneficiary and lists it only in the interest of candor. It is not property of the estate.] | $0.00 |
    |---|---|---|

| Debtor 1 | Douglas Jay Roger | | Case number (if known) | 6:13-bk-27611-MH |
|---|---|---|---|---|

| | | | |
|---|---|---|---:|
| | 17.2. | Checking Account:<br>Bank of Southern California<br>Acct no 0955 | $158.67 |
| | 17.3. | Checking Account:<br>American Security Bank<br>Acct no 2784<br>(This account is held jointly with Nicole Ebarb) | $20.00 |
| | 17.4. | Checking Account:<br>Horizon Bank<br>Acct no 0723 | $3,501.76 |
| | 17.5. | Checking Account:<br>Wells Fargo<br>Acct no 6909<br>(This account is held jointly with Nicole Ebarb and was overdrawn by $956.65 on 10/25/13) | $0.00 |
| | 17.6. | Checking Account:<br>Altura Credit Union | $200.03 |
| | 17.7. | Financial Account:<br>KCG Futures<br>Acct no E631 | $2,758.53 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---:|
| 100% of Douglas J Roger, MD, Inc. (This entity was in a Ch 7 bankruptcy on the date of filing but the Ch 7 was dismissed on 1/21/14) | % | Undetermined |
| 5 shares in the Ranch Mirage Surgery Center (Title to these shares is disputed. OIC may be the owner of these shares) | % | $90,000.00 |
| 100% of OIC Medical Corporation: Balance Sheet as of 10/31/13 shows a net book value of approximately $106,682.80 but his includes the RMSC shares and does not reflect the back log of surgeries that must be performed under OIC's contracts) | % | $0.00 |
| 100% of Liberty Orthopedics (Formed but never used) | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

Official Form 106A/B    Schedule A/B: Property    page 4

| Debtor 1 | Douglas Jay Roger | Case number (if known) | 6:13-bk-27611-MH |
|---|---|---|---|

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| | 401k Account:<br>Partnervest Division<br>Sorrento Pacific Financial, LLC<br>Acct no 1647<br>CMV as of 10/25/2013= $143,180.86<br>(Debtor contends that this is not property of the estate but lists it in the interest of candor) | $0.00 |
| | Defined Benefit Pension Plan:<br>Partnervest Division<br>Sorrento Pacific Financial, LLC<br>Acct no 3107<br>CMV as of 9/30/2013= $689,704.93<br>(Debtor contends that this is not property of the estate but lists it in the interest of candor) | $0.00 |
| | 401(k) Account:<br>Morgan Stanley<br>Acct no<br>CMV as of 9/30/13 | $3,463.77 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes. Give specific information about them...

| 100% of the units of beneficial interest of Arcanum Nevada Business Trust which owns the other 99% interest in Mantic, LP CMV of assets held by the trust approx.= $237,147 (A Superior Court Minute Order purports to invalidate this trust but no final order has been entered) | Undetermined |
|---|---|

Debtor 1    Douglas Jay Roger    Case number (if known)    6:13-bk-27611-MH

| | |
|---|---|
| 100% of the units of beneficial interest of Sardis Nevada Business Trust which owns the other 99% interest in Templar, LP<br>CMV of assets held by the trust approx= $1,435,916<br>(A Superior Court Minute Order purports to invalidate this trust but no final order has been entered) | Undetermined |
| 100% of the units of beneficial interest of Rose Cross Nevada Business Trust which owns the other 99% interest in Roundtable, LP and the other 99% of Gallahad, LP<br>CMV of assets held by the trust approx= $238,958<br>(A Superior Court Minute Order purports to invalidate this trust but no final order has been entered) | Undetermined |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                                   Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| Debtor is entitled to a $77,053 Federal Income Tax Refund from 2012. (The check was issued post-petition and sent out to the Debtor but he has not yet received it and has taken the necessary steps to track the check and have the IRS reissue the funds) | $77,053.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

| | | |
|---|---|---|
| Debtor 1 | Douglas Jay Roger | Case number (if known) 6:13-bk-27611-MH |

| | | |
|---|---|---|
| Disability Ins policy:<br>Unum- Provident Life & Accident Ins Co<br>Policy no 0860 | | $0.00 |
| Term Life Insurance:<br>Northwestern Mutual<br>Policy no 1469<br>Face Value= $800,000.00<br>Insured- Debtor<br>Owner- Ms. Ebarb | | $0.00 |
| Term Life Insurance:<br>Northwestern Mutual<br>Policy no 5682<br>Face Value= $200,000.00<br>Insured- Debtor<br>Owner- Ms. Ebarb | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    > Debtor believes he holds claims against the County of Riverside, Riverside Sheriff's Department, and Stanley Sniff. Though it is asserted that the publication of the false statement was made on October 16, 2013, the publication was not discovered until approximately December 2013 and the economic damages to Debtor did not occur until approximately May 2014. Therefore, this claim, though previously disclosed to the Trustee, is being listed here out of caution.

    Undetermined

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................... **$177,222.73**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

Current value of the

Official Form 106A/B                           Schedule A/B: Property                                            page 7

| Debtor 1 | Douglas Jay Roger | Case number (if known) | 6:13-bk-27611-MH |

portion you own?
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ■ Yes. Describe.....

| Shareholder loan to OIC as of 10/31/13= $68,681.47 | $0.00 |

| Loan to Templar Holdings, LTD as of 12/31/2013= $504,564.6 | Undetermined |

| Loan to Mantic, LP as of 12/31/2012 was $12,764.00. However, Debtor paid $293,000 to the IRS on Mantic, LP's behalf | Undetermined |

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes. Describe.....

41. **Inventory**
   ■ No
   ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
   ☐ No
   ■ Yes. Give specific information about them..................
   Name of entity:                                % of ownership:

| 1% of Mantic, LP (Mantic owned a property located at 8723-8725 Ashcroft, West Hollywood, CA which it sold in Oct 2013. The only asset that Mantic now owns is a bank account with $239,542.95 in it) | % | $2,395.00 |

| Debtor 1 | Douglas Jay Roger | | Case number (if known) | 6:13-bk-27611-MH |
|---|---|---|---|---|

| Description | % | Value |
|---|---|---|
| 1% of Templar, LP<br>Templar, LP owns:<br>- A bank account with $21,170;<br>- A property located at 9024 DORRINGTON AVE, WEST HOLLYWOOD, CA (with equity of approx $226,741 after selling costs);<br>- A property located at 24 PEBBLE BEACH, RANCHO MIRAGE, CA (with equity of approx $110,400 after selling costs); and<br>- 100% of the units of beneficial interest in The Hiram Nevada Business Trust which owns the following assets totalling approx $1,113,279 (A Superior Court Minute Order purports to validate this trust but no final order has been entered):<br>98% of Cottontail, LP ($258,350)<br>98% of Condo Couture, LP ($684,075)<br>98% of Athena, LP ($93,161)<br>98% of Emerson, LP ($3,918)<br>98% of Baleine, LP (Presently in bankruptcy)<br>99% of Joyas, LP ($73,775) | % | Undetermined |
| 1% of Roundtable, LP (Roundtable owns 1 property located at 8929 Ashcroft, West Hollywood, CA which has equity of approx $238,744 after selling costs, and a bank account with approximately $2,628) | % | $2,414.00 |
| 1% of Gallahad, LP (Gallahad has no assets) | % | $0.00 |
| 1% of Cottontail, LP (Cottontail owns two properties, one of which is located at 67865 Ontina, Cathedral City, CA and has equity of apprx $79,262 after selling costs, and the other which is located at 26747 Rio Dulce, Cathedral City, CA and has equity of apprx $5812 after selling costs. Cottontail also has 2 bank accounts holding approx $12,870, and is owed approximately $165,678 from the sale of a home that was recently stopped due to a lis pendens that was recorded by Revere, between the execution of the grant deed and the funding to Cottontail) | % | $2,636.00 |
| 1% of Condo Couture (Condo Couture owns 1 property located at 625-629 Armour Blvd, Kansas City, MO 64114 that has equity of approx $682,932 after selling costs, and a bank account with approx. $15,104) | % | $6,980.00 |
| 1% of Athena, LP (Athena owns 2 properties, one located at 1612-1614 Jefferson Ave, Kansas City, MO which has approx $29,017 of equity after closing costs, and the other located at 1222 E 30th, Kansas City, MO, that has equity of approx $65,015 after selling costs. Athena also has a bank account with approx. $1,030) | % | $951.00 |

| Debtor 1 | Douglas Jay Roger | Case number *(if known)* | 6:13-bk-27611-MH |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 1% of Emerson, LP (Emerson's only asset at this time is a bank account with approximately $3998) | _____ % | $40.00 |
| | 1% of Baleine, LP (Baleine, LP owns 7 properties located in Rochester, NY and a bank account with approx. $13,000, but it is presently in bankruptcy) | _____ % | $0.00 |

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ■ No
    ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................................................ **$15,416.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| Cross Complaint against Revere Financial Corp in INC092308 | Undetermined |
| Potential rights to contributions for guaranteed loans and loans co-signed for others in amounts yet to be determined | Undetermined |

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... **$0.00**

Debtor 1   Douglas Jay Roger    Case number *(if known)*   6:13-bk-27611-MH

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | $0.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $7,055.00 | |
| 58. | Part 4: Total financial assets, line 36 | $177,222.73 | |
| 59. | Part 5: Total business-related property, line 45 | $15,416.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $199,693.73   Copy personal property total | $199,693.73 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $199,693.73 |