1

FRALEY & ASSOCIATES
Franklin R. Fraley, Jr.—SBN 151879
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101
Tel      213.393.2520
cmecf@fraleylaw.com

2

3

4

5

Attorneys for Creditor
REVERE FINANCIAL CORPORATION

6

7

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

(Riverside Division)

11

In re

12

DOUGLAS J. ROGER, an individual,

13

Debtor.

14

15

16

17

18

19

20

21

Bk. No. 6:13-bk-27611-MH

**Related Bk. No. 6:13-bk-27344-MH**
**Related Bk. No. 6:13-bk-27610-MH**

**Chapter 7**

**STIPULATION BY INTERESTED PARTIES
TO CONTINUE DEADLINE TO OBJECT TO
AMENDED SCHEDULES**

22

23

24

25

26

27

28

-1-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

I.    **INTRODUCTION**

To the Honorable Bankruptcy Court:

The Stipulating Parties, identified below, enter into this Stipulation by Interested Parties to Continue Deadline to Object to Amended Schedules, dated 16 June 2021 (the "Stipulation"), and respectfully request that the Bankruptcy Court approve the Stipulation by entering the order that the Stipulating Parties lodged.

II.    **STIPULATION**

A.    **Parties**

The following persons enter into this Stipulation:

      1.    Chapter 7 Trustee Helen R. Frazer (the "Chapter 7 Trustee");

      2.    Liquidating Trustee Revere Financial Corporation ("LT-R");

      3.    Creditor Revere Financial Corporation ("RFC"); and

      4.    Debtor Douglas J. Roger

(together, the "Stipulating Parties").

B.    **Recitals**

1.    On 19 May 2021, Roger filed/served an amended schedule C.

2.    On 9 June 2021, Roger filed/served an amended schedule B.

3.    The Stipulating Parties other than Roger may have objections to Roger's amended schedules B and C, including, but not limited to, Roger's claims of exemptions.

4.    The Stipulating Parties hope to resolve any objections to Roger's amended schedules B and C without litigation, but require additional time to exchange information and documents and negotiate any agreement to do so.

5.    Because the Stipulating Parties do not wish to waste time/resources on litigating any objections to Roger's amended schedules B and C, the Stipulating Parties wish to:

•    continue the deadline to object to Roger's amended schedules B and C to 29 September 2021; and

•    reserve all rights, claims, and defenses of each Stipulating Party relating to all of Roger's schedules, including, but not limited to:

-2-

1    o    any right that Roger may have to further amend any schedule; and

2    o    any right any person, including, but not limited to, the Stipulating

3    Parties other than Roger, may have to object to any of Roger's schedules after 29

4    September 2021 if the law otherwise provides a longer time to do so;

5    to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in

6    related matters.

7    **C.**    **Agreement**

8    In the interest of judicial and party economy and efficiency, therefore, the Stipulating

9    Parties jointly agree/request that the Bankruptcy Court:

10    •    continue the deadline to object to Roger's amended schedules B and C to

11    29 September 2021; and

12    •    reserve all rights, claims, and defenses of each Stipulating Party relating to

13    Roger's amended schedules B and C through 29 September 2021.

14    **III.**    **SIGNATURES**

15    Dated:  2021-06-16    Respectfully submitted,

16    BROWN RUDNICK, LLP

17    By:  _____
18    Cathrine M. Castaldi
    Attorneys  for  Chapter  7  Trustee  HELEN  R.
    FRAZER
19

20    FRALEY & ASSOCIATES
    Attorneys at Law
21

22    By:    /s/ Franklin R. Fraley, Jr.
    Franklin R. Fraley, Jr.
23    Attorneys for Liquidating Trustee REVERE
    FINANCIAL    CORPORATION    and
24    Creditor    REVERE    FINANCIAL
    CORPORATION
25

26    SHAW & HANOVER, PC

27

28    By:  _____
    Summer Shaw

-3-

1

Attorneys for Debtor DOUGLAS J. ROGER

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES

1                      o      any right that Roger may have to further amend any schedule; and

2                      o      any right any person, including, but not limited to, the Stipulating

3    Parties other than Roger, may have to object to any of Roger's schedules after 29

4    September 2021 if the law otherwise provides a longer time to do so;

5  to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in

6  related matters.

7  **C.**      <u>**Agreement**</u>

8        In the interest of judicial and party economy and efficiency, therefore, the Stipulating

9  Parties jointly agree/request that the Bankruptcy Court:

10         •    continue the deadline to object to Roger's amended schedules B and C to

11  29 September 2021; and

12         •    reserve all rights, claims, and defenses of each Stipulating Party relating to

13  Roger's amended schedules B and C through 29 September 2021.

14                    **III.**    <u>**SIGNATURES**</u>

15  Dated: 2021-06-16            Respectfully submitted,

16                            BROWN RUDNICK, LLP

17                            By: _____

18                            Cathrine M. Castaldi
                            Attorneys for Chapter 7 Trustee HELEN R.

19                            FRAZER

20                            FRALEY & ASSOCIATES
                            Attorneys at Law

21

22                            By:   /s/ Franklin R. Fraley, Jr.
                                 Franklin R. Fraley, Jr.

23                            Attorneys for Liquidating Trustee REVERE
                            FINANCIAL    CORPORATION   and

24                            Creditor    REVERE    FINANCIAL
                            CORPORATION

25

26                            SHAW & HANOVER, PC

27

28                          By: _____
                                 Summer Shaw

-3-

1             o       any right that Roger may have to further amend any schedule; and

2             o       any right any person, including, but not limited to, the Stipulating

3 Parties other than Roger, may have to object to any of Roger's schedules after 29

4 September 2021 if the law otherwise provides a longer time to do so;

5 to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in

6 related matters.

7 **C.**      **Agreement**

8       In the interest of judicial and party economy and efficiency, therefore, the Stipulating

9 Parties jointly agree/request that the Bankruptcy Court:

10          •       continue the deadline to object to Roger's amended schedules B and C to

11 29 September 2021; and

12          •       reserve all rights, claims, and defenses of each Stipulating Party relating to

13 Roger's amended schedules B and C through 29 September 2021.

14                     **III.**     **SIGNATURES**

15 Dated: 2021-06-16                  Respectfully submitted,

16                                   BROWN RUDNICK, LLP

17                                   By: _____

18                                     Cathrine M. Castaldi
                                  Attorneys for Chapter 7 Trustee HELEN R. FRAZER

19

20                                   FRALEY & ASSOCIATES
                                  Attorneys at Law

21

22                                   By:    /s/ Franklin R. Fraley, Jr. _____

23                                   Franklin R. Fraley, Jr.
                                  Attorneys for Liquidating Trustee REVERE

24                                   FINANCIAL     CORPORATION    and
                                  Creditor      REVERE      FINANCIAL

25                                   CORPORATION

26                                   SHAW & HANOVER, PC

27      6/17/2021

28                                   By: _____
                                  Summer Shaw

-3-

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Fraley & Associates
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101

A true and correct copy of the foregoing documents entitled (*specify*):

**STIPULATION BY INTERESTED PARTIES TO CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2021-06-17 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas J Eastmond on behalf of Defendant Douglas J Roger, MD
teastmond@goeforlaw.com,  kmurphy@goeforlaw.com

Marc C Forsythe on behalf of Defendant Douglas J Roger, MD
kmurphy@goeforlaw.com,  mforsythe@goeforlaw.com;goeforecf@gmail.com

Franklin R Fraley, Jr on behalf of Plaintiff Revere Financial Corporation, a California corporation
cmecf@fraleylaw.com

Franklin R Fraley, Jr on behalf of Plaintiff Jerry Wang
cmecf@fraleylaw.com

Helen R. Frazer (TR)
hfrazertrustee@gmail.com,  mbuenaventura@aalrr.com;C112@ecfcbis.com

Chad V Haes on behalf of Attorney Courtesy NEF
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Interested Party A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Plaintiff A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES

D Edward Hays on behalf of Attorney Courtesy NEF
ehays@marshackhays.com,  8649808420@filings.docketbird.com

D Edward Hays on behalf of Plaintiff A. Cisneros
ehays@marshackhays.com,  8649808420@filings.docketbird.com

Anthony J Napolitano on behalf of Plaintiff Jerry Wang
anapolitano@buchalter.com,  IFS_filing@buchalter.com;salarcon@buchalter.com

Summer M Shaw on behalf of Defendant Douglas J Roger, MD
ss@dshapc.com,  ecf4jdlaw@gmail.com;shawsr70161@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued
on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in
this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.
Listing the judge here constitutes a declaration that mailing to the judge will be completed no
later than 24 hours after the document is filed.

☐ Service information continued
on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I caused a runner to serve the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented
in writing to such service method), by facsimile transmission and/or email as follows.  Listing the
judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will
be completed no later than 24 hours after the
document is filed.

**Courtesy Copy to Chambers:  Not sent pursuant to General Order No. 21-04, ¶ 11 (entered
2021-04-08)**

☐ Service information continued
on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true
and correct.

| 2021-06-17 | Franklin R. Fraley, Jr. | /s/ Franklin R. Fraley, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Stip Continue Deadline to Object to Amended Schedules**