| | |
|---|---|
| 1 | FRALEY & ASSOCIATES |
| | Franklin R. Fraley, Jr.—SBN 151879 |
| 2 | Ste. 180 |
| | 680 E. Colorado Blvd. |
| 3 | Pasadena CA  91101 |
| | Tel    213.393.2520 |
| 4 | cmecf@fraleylaw.com |
| 5 | Attorneys for Creditor and Plaintiff |
| | REVERE FINANCIAL CORPORATION |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

| | |
|---|---|
| In re | **Bk. No. 6:13-bk-27611-MH** |
| DOUGLAS J. ROGER, an individual, | **Related Bk. No. 6:13-bk-27344-MH** |
| | **Related Bk. No. 6:13-bk-27610-MH** |
| Debtor. | **Chapter 7** |
| | **STIPULATION BY ALL PARTIES TO CONTINUE STATUS CONFERENCE AND STAY CLAIM OBJECTION PENDING SETTLEMENT NEGOTIATIONS** |
| | **Current Status Conference** |
| | Date:    2021-09-29 |
| | Time:    2:00 p.m. PDT |
| | Place:   Ctrm. 303 |
| | **Proposed Continued Status Conference** |
| | Date:    2021-12-15 |
| | Time:    2:00 p.m. PST |
| | Place:   Ctrm. 303 |

-1-

**STIP CONTINUE STATUS CONF/STAY CLAIM OBJ PENDING SETTLEMENT—2021-09-29**

## I.   INTRODUCTION

To the Honorable Bankruptcy Court:

The Stipulating Parties, identified below, enter into this Stipulation by All Parties to Continue Status Conference and Stay Claim Objection Pending Settlement Negotiations, dated 23 September 2021 (the "Stipulation"), and respectfully request that the Bankruptcy Court approve the Stipulation by entering the order that the Stipulating Parties lodged.

## II.   STIPULATION

**A.   Parties**

The following persons enter into this Stipulation:

1. Creditor Revere Financial Corporation ("RFC"); and
2. Debtor Douglas J. Roger

(together, the "Stipulating Parties").

**B.   Recitals**

1. Pursuant to prior stipulations and orders, the Bankruptcy Court has continued the status conference on Roger's objection to RFC's claim in this case to the current date of 29 September 2021 at 2:00 p.m. PDT.

2. The Stipulating Parties previously agreed in principle through their attorneys of record on the essential terms of a settlement.

3. The Stipulating Parties previously agreed in principle through their attorneys of record on text for all settlement terms, completed/reviewed drafts of all settlement documents, and were ready to generate signature versions of all settlement documents.

4. The Stipulating Parties had been awaiting responses from the Chapter 7 Trustee regarding information/documents on issues that may affect the signature versions of the settlement documents, closing, and performance, which prevented RFC from closing the proposed settlement and caused the Stipulating Parties to stipulate to many of the prior continuances of the status conference. The Chapter 7 Trustee has now provided documents/information that RFC requested, which RFC reviewed and expected would allow the

1 parties to generate the signature versions of the settlement documents and close and perform the
2 proposed settlement.

3     5.    In the meantime, however, Roger filed amended schedules, disclosing an
4 additional asset—a claim pending in state court.  Unfortunately and unexpectedly, Roger's
5 amended schedules and the claim currently prevent the Stipulating Parties from closing the
6 proposed settlement.  The Chapter 7 Trustee, Liquidating Trustee Revere Financial Corporation,
7 RFC, and Roger are engaged in settlement negotiations regarding Roger's amended schedules and
8 the claim, but have not yet agreed on how to address Roger's amended schedules and the claim
9 given the proposed settlement, and require additional time to do so.  All nonetheless expect to
10 agree on how to address Roger's amended schedules and the claim given the proposed settlement.
11 The Stipulating Parties will then require some time to revise the draft settlement documents
12 accordingly.

13     6.    So, the Stipulating Parties cannot yet close the settlement, but still expect to do so,
14 which will result in the dismissal of the claim objection.

15     7.    Because the Stipulating Parties do not wish to waste time/resources on litigating
16 the claim objection, the Stipulating Parties wish to continue the 29 September 2021 status
17 conference and stay the claim objection to 15 December 2021 to allow the Stipulating Parties to
18 complete the settlement and to coincide with proceedings in related matters.

19 **C.**     <u>**Agreement**</u>

20 In the interest of judicial and party economy and efficiency, therefore, the Stipulating
21 Parties jointly agree/request that the Bankruptcy Court:

22 •    continue the 29 September 2021 status conference to 15 December 2021 at
23 2:00 p.m. PST or a date after that which is convenient to the Bankruptcy Court; and

24 •    stay the claim objection through 15 December 2021 or the date to which
25 the Bankruptcy Court continues the status conference.

26 The Stipulating Parties apologize to the Bankruptcy Court for this further request to
27 continue the status conference, but cannot avoid this request because the Stipulating Parties
28 cannot currently close the proposed settlement due to the amended schedules and the claim.

**STIP CONTINUE STATUS CONF/STAY CLAIM OBJ PENDING SETTLEMENT—2021-09-29**

| | | |
|---|---|---|
| 1 | | **III.**     **SIGNATURES** |
| 2 | Dated: 2021-09-23 | Respectfully submitted, |
| 3 | | FRALEY & ASSOCIATES |
| 4 | | Attorneys at Law |
| 5 | | By:    /s/ Franklin R. Fraley, Jr. |
| 6 | | Franklin R. Fraley, Jr.<br>Attorneys for Plaintiff and Creditor |
| 7 | | REVERE FINANCIAL CORPORATION |
| 8 | | GOE & FORSYTHE, LLP |
| 9 | | |
| 10 | | By: |
| 11 | | Marc Forsythe<br>Attorneys for Debtor and Defendant<br>DOUGLAS J. ROGER |

-4-

**STIP CONTINUE STATUS CONF/STAY CLAIM OBJ PENDING SETTLEMENT—2021-09-29**

### III. SIGNATURES

Dated: 2021-09-23

Respectfully submitted,

FRALEY & ASSOCIATES
Attorneys at Law

By: /s/ Franklin R. Fraley, Jr.
Franklin R. Fraley, Jr.
Attorneys for Plaintiff and Creditor REVERE FINANCIAL CORPORATION

GOE & FORSYTHE, LLP

By: _____
Marc Forsythe
Attorneys for Debtor and Defendant DOUGLAS J. ROGER

-4-

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Fraley & Associates
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101

A true and correct copy of the foregoing documents entitled (*specify*):

**STIPULATION BY ALL PARTIES TO CONTINUE STATUS CONFERENCE AND STAY CLAIM OBJECTION PENDING SETTLEMENT NEGOTIATIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2021-09-23 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas J Eastmond on behalf of Defendant Douglas J Roger, MD
teastmond@goeforlaw.com,  kmurphy@goeforlaw.com

Marc C Forsythe on behalf of Defendant Douglas J Roger, MD
kmurphy@goeforlaw.com,  mforsythe@goeforlaw.com;goeforecf@gmail.com

Franklin R Fraley, Jr on behalf of Plaintiff Revere Financial Corporation, a California corporation
cmecf@fraleylaw.com

Franklin R Fraley, Jr on behalf of Plaintiff Jerry Wang
cmecf@fraleylaw.com

Helen R. Frazer (TR)
hfrazertrustee@gmail.com,  mbuenaventura@aalrr.com;C112@ecfcbis.com

Chad V Haes on behalf of Attorney Courtesy NEF
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Interested Party A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Plaintiff A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

-5-

**STIP CONTINUE STATUS CONF/STAY CLAIM OBJ PENDING SETTLEMENT—2021-09-29**

D Edward Hays on behalf of Attorney Courtesy NEF
ehays@marshackhays.com, 8649808420@filings.docketbird.com

D Edward Hays on behalf of Plaintiff A. Cisneros
ehays@marshackhays.com, 8649808420@filings.docketbird.com

Anthony J Napolitano on behalf of Plaintiff Jerry Wang
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Summer M Shaw on behalf of Defendant Douglas J Roger, MD
ss@dshapc.com, ecf4jdlaw@gmail.com;shawsr70161@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I caused a runner to serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Courtesy Copy to Chambers:  Not sent pursuant to General Order No. 21-04, ¶ 11 (entered 2021-04-08)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2021-09-23 | Franklin R. Fraley, Jr. | /s/ Franklin R. Fraley, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |