| | |
|---|---|
| 1 | FRALEY & ASSOCIATES |
| | Franklin R. Fraley, Jr.—SBN 151879 |
| 2 | Ste. 180 |
| | 680 E. Colorado Blvd. |
| 3 | Pasadena CA  91101 |
| | Tel    213.393.2520 |
| 4 | cmecf@fraleylaw.com |
| 5 | Attorneys for Creditor |
| | REVERE FINANCIAL CORPORATION |
| 6 | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

| In re | **Bk. No. 6:13-bk-27611-MH** |
|---|---|
| DOUGLAS J. ROGER, an individual, | **Related Bk. No. 6:13-bk-27344-MH** |
| | **Related Bk. No. 6:13-bk-27610-MH** |
| Debtor. | **Chapter 7** |
| | **STIPULATION BY INTERESTED PARTIES TO CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES** |

-1-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

## I.  INTRODUCTION

To the Honorable Bankruptcy Court:

The Stipulating Parties, identified below, enter into this Stipulation by Interested Parties to Continue Deadline to Object to Amended Schedules, dated 24 September 2021 (the "Stipulation"), and respectfully request that the Bankruptcy Court approve the Stipulation by entering the order that the Stipulating Parties lodged.

## II.  STIPULATION

**A.  Parties**

The following persons enter into this Stipulation:

1. Chapter 7 Trustee Helen R. Frazer (the "Chapter 7 Trustee");
2. Liquidating Trustee Revere Financial Corporation ("LT-R");
3. Creditor Revere Financial Corporation ("RFC"); and
4. Debtor Douglas J. Roger

(together, the "Stipulating Parties").

**B.  Recitals**

1. On 19 May 2021, Roger filed/served an amended schedule C.
2. On 9 June 2021, Roger filed/served an amended schedule B.
3. The Stipulating Parties other than Roger may have objections to Roger's amended schedules B and C, including, but not limited to, Roger's claims of exemptions.
4. The Stipulating Parties hope to resolve any objections to Roger's amended schedules B and C without litigation, but require additional time to exchange information and documents and negotiate any agreement to do so.
5. Because the Stipulating Parties do not wish to waste time/resources on litigating any objections to Roger's amended schedules B and C, and because they intend to actively pursue a resolution in the extended period, the Stipulating Parties wish to:

- continue the deadline to object to Roger's amended schedules B and C to 15 December 2021; and

• reserve all rights, claims, and defenses of each Stipulating Party relating to all of Roger's schedules, including, but not limited to:

  o any right that Roger may have to further amend any schedule; and

  o any right any person, including, but not limited to, the Stipulating Parties other than Roger, may have to object to any of Roger's schedules after 15 December 2021 if the law otherwise provides a longer time to do so;

to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in related matters.

## C. Agreement

In the interest of judicial and party economy and efficiency, therefore, the Stipulating Parties jointly agree/request that the Bankruptcy Court:

• continue the deadline to object to Roger's amended schedules B and C to 15 December 2021; and

• reserve all rights, claims, and defenses of each Stipulating Party relating to Roger's amended schedules B and C through 15 December 2021.

## III.    SIGNATURES

Dated: 2021-09-24

Respectfully submitted,

FRALEY & ASSOCIATES
Attorneys at Law
By:    /s/ Franklin R. Fraley, Jr.
       Franklin R. Fraley, Jr.
Attorneys for Liquidating Trustee REVERE FINANCIAL CORPORATION and Creditor REVERE FINANCIAL CORPORATION

SHAW & HANOVER, PC

By:
    Summer Shaw
Attorneys for Debtor DOUGLAS J. ROGER

BROWN RUDNICK, LLP

By:
    Cathrine M. Castaldi
Attorneys for Chapter 7 Trustee HELEN R. FRAZER

-3-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

1  • reserve all rights, claims, and defenses of each Stipulating Party relating to all of Roger's schedules, including, but not limited to:

- o any right that Roger may have to further amend any schedule; and
- o any right any person, including, but not limited to, the Stipulating Parties other than Roger, may have to object to any of Roger's schedules after 15 December 2021 if the law otherwise provides a longer time to do so;

to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in related matters.

**C.    Agreement**

In the interest of judicial and party economy and efficiency, therefore, the Stipulating Parties jointly agree/request that the Bankruptcy Court:

- • continue the deadline to object to Roger's amended schedules B and C to 15 December 2021; and
- • reserve all rights, claims, and defenses of each Stipulating Party relating to Roger's amended schedules B and C through 15 December 2021.

### III.    SIGNATURES

Dated: 2021-09-24

Respectfully submitted,

FRALEY & ASSOCIATES
Attorneys at Law
By:    /s/ Franklin R. Fraley, Jr.
       Franklin R. Fraley, Jr.
Attorneys for Liquidating Trustee REVERE FINANCIAL CORPORATION and Creditor REVERE FINANCIAL CORPORATION

SHAW & HANOVER, PC

By:    _____
       Summer Shaw
Attorneys for Debtor DOUGLAS J. ROGER

BROWN RUDNICK, LLP

By:    _____
       Cathrine M. Castaldi
Attorneys for Chapter 7 Trustee HELEN R. FRAZER

-3-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

1 • reserve all rights, claims, and defenses of each Stipulating Party relating to all of Roger's schedules, including, but not limited to:

    o any right that Roger may have to further amend any schedule; and

    o any right any person, including, but not limited to, the Stipulating Parties other than Roger, may have to object to any of Roger's schedules after 15 December 2021 if the law otherwise provides a longer time to do so;

to allow the Stipulating Parties to resolve any objections and to coincide with proceedings in related matters.

**C.**   **Agreement**

In the interest of judicial and party economy and efficiency, therefore, the Stipulating Parties jointly agree/request that the Bankruptcy Court:

• continue the deadline to object to Roger's amended schedules B and C to 15 December 2021; and

• reserve all rights, claims, and defenses of each Stipulating Party relating to Roger's amended schedules B and C through 15 December 2021.

### III.   SIGNATURES

Dated:  2021-09-24

Respectfully submitted,

FRALEY & ASSOCIATES
Attorneys at Law
By:   /s/ Franklin R. Fraley, Jr.
       Franklin R. Fraley, Jr.
Attorneys for Liquidating Trustee REVERE FINANCIAL CORPORATION and Creditor REVERE FINANCIAL CORPORATION

SHAW & HANOVER, PC

By: _____
    Summer Shaw
Attorneys for Debtor DOUGLAS J. ROGER

BROWN RUDNICK, LLP

By: /s/ Cathrine M. Castaldi
    Cathrine M. Castaldi
Attorneys for Chapter 7 Trustee HELEN R. FRAZER

-3-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Fraley & Associates
Ste. 180
680 E. Colorado Blvd.
Pasadena CA  91101

A true and correct copy of the foregoing documents entitled (*specify*):

**STIPULATION BY INTERESTED PARTIES TO CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2021-09-28 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas J Eastmond on behalf of Defendant Douglas J Roger, MD
teastmond@goeforlaw.com,  kmurphy@goeforlaw.com

Marc C Forsythe on behalf of Defendant Douglas J Roger, MD
kmurphy@goeforlaw.com,  mforsythe@goeforlaw.com;goeforecf@gmail.com

Franklin R Fraley, Jr on behalf of Plaintiff Revere Financial Corporation, a California corporation
cmecf@fraleylaw.com

Franklin R Fraley, Jr on behalf of Plaintiff Jerry Wang
cmecf@fraleylaw.com

Helen R. Frazer (TR)
hfrazertrustee@gmail.com,  mbuenaventura@aalrr.com;C112@ecfcbis.com

Chad V Haes on behalf of Attorney Courtesy NEF
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Interested Party A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

Chad V Haes on behalf of Plaintiff A. Cisneros
chaes@marshackhays.com,  8649808420@filings.docketbird.com

-4-

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

D Edward Hays on behalf of Attorney Courtesy NEF
ehays@marshackhays.com, 8649808420@filings.docketbird.com

D Edward Hays on behalf of Plaintiff A. Cisneros
ehays@marshackhays.com, 8649808420@filings.docketbird.com

Anthony J Napolitano on behalf of Plaintiff Jerry Wang
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Summer M Shaw on behalf of Defendant Douglas J Roger, MD
ss@dshapc.com, ecf4jdlaw@gmail.com;shawsr70161@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I caused a runner to serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Courtesy Copy to Chambers: Not sent pursuant to General Order No. 21-04, ¶ 11 (entered 2021-04-08)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2021-09-28 | Franklin R. Fraley, Jr. | /s/ Franklin R. Fraley, Jr. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**