| | |
|---|---|
| 1 | FRALEY & ASSOCIATES<br>Franklin R. Fraley, Jr.—SBN 151879 |
| 2 | Ste. 180<br>680 E. Colorado Blvd. |
| 3 | Pasadena CA  91101 |
| 4 | Tel    213.393.2520<br>cmecf@fraleylaw.com |
| 5 | Attorneys for Secured Creditor and Plaintiff |
| 6 | REVERE FINANCIAL CORPORATION |

**FILED & ENTERED**

**SEP 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

In re

DOUGLAS J. ROGER, an individual,

Debtor.

**Bk. No. 6:13-bk-27611-MH**

**Related Bk. No. 6:13-bk-27344-MH**
**Related Bk. No. 6:13-bk-27610-MH**

**Chapter 7**

**ORDER APPROVING STIPULATION BY INTERESTED PARTIES TO CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

**[Doc 1089]**

-1-

ORDER ON STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES

1  The Bankruptcy Court, having reviewed the Stipulation by Interested Parties to Continue
2  Deadline to Object to Amended Schedules, filed 28 September 2021 (the "Stipulation") [Doc
3  1089], and finding that good cause exists for the Stipulation,

- continues the deadline for:
  - Chapter 7 Trustee Helen R. Frazer (the "Chapter 7 Trustee");
  - Liquidating Trustee Revere Financial Corporation ("LT-R"); and
  - Creditor Revere Financial Corporation ("RFC")

to object to Debtor Douglas J. Roger's:

  - amended schedule B, filed 9 June 2021; and
  - amended schedule C, filed 19 May 2021,

to 15 December 2021; and

- reserves all rights, claims, and defenses of each Stipulating Party identified in the Stipulation relating to Roger's amended schedules B and C through 15 December 2021.

###

Date: September 28, 2021

Mark Houle
United States Bankruptcy Judge

-2-

**ORDER ON STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**