United States Bankruptcy Court

Central District of California

In re:     Case No. 13-27611-MH

Douglas Jay Roger     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 4

Date Rcvd: Sep 28, 2021     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Jay Roger, PO Box 960, Rancho Mirage, CA 92270-0960 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Nazar | on behalf of Interested Party Courtesy NEF anazar@polsinelli.com tbackus@polsinelli.com;docket@polsinelli.com |
| Anthony J Napolitano | on behalf of Plaintiff Jerry Wang anapolitano@buchalter.com docket@buchalter.com;spacheco@buchalter.com |
| Anthony J Napolitano | on behalf of Interested Party Jerry Wang Duly-Appointed State Court Receiver anapolitano@buchalter.com, docket@buchalter.com;spacheco@buchalter.com |
| Arjun Sivakumar | on behalf of Trustee Helen R. Frazer (TR) asivakumar@brownrudnick.com |
| Carmela Pagay | on behalf of Trustee Larry D Simons (TR) ctp@lnbyb.com |
| Carmela Pagay | |

| District/off: 0973-6 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Trustee Helen R. Frazer (TR) ctp@lnbyb.com |
| Cathrine M Castaldi | on behalf of Trustee Helen R. Frazer (TR) ccastaldi@brownrudnick.com |
| Chad V Haes | on behalf of Interested Party Courtesy NEF chaes@marshackhays.com<br>chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com |
| Chad V Haes | on behalf of Attorney Courtesy NEF chaes@marshackhays.com<br>chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com |
| Chad V Haes | on behalf of Interested Party A. Cisneros chaes@marshackhays.com<br>chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com |
| D Edward Hays | on behalf of Attorney Courtesy NEF ehays@marshackhays.com<br>ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com<br>ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Franklin R Fraley, Jr | on behalf of Plaintiff Revere Financial Corporation  a California corporation cmecf@fraleylaw.com |
| Franklin R Fraley, Jr | on behalf of Creditor Revere Financial Corporation cmecf@fraleylaw.com |
| Franklin R Fraley, Jr | on behalf of Trustee Helen R. Frazer (TR) cmecf@fraleylaw.com |
| Franklin R Fraley, Jr | on behalf of Plaintiff Jerry Wang cmecf@fraleylaw.com |
| Franklin R Fraley, Jr | on behalf of Interested Party Courtesy NEF cmecf@fraleylaw.com |
| Franklin R Fraley, Jr | on behalf of Plaintiff Revere Financial Corporation cmecf@fraleylaw.com |
| Gavin L Greene | on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE<br>gavin.greene@usdoj.gov  USACAC.criminal@usdoj.gov |
| Helen R. Frazer (TR) | hfrazertrustee@gmail.com  mbuenaventura@aalrr.com;C112@ecfcbis.com |
| Jeanne C Wanlass | on behalf of Creditor Revere Financial Corporation jcwanlass@yahoo.com |
| Jeffrey K Garfinkle | on behalf of Interested Party Jerry Wang  Duly-Appointed State Court Receiver jgarfinkle@buchalter.com,<br>docket@buchalter.com;dcyrankowski@buchalter.com |
| Jeffrey K Garfinkle | on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com  docket@buchalter.com;dcyrankowski@buchalter.com |
| Jennifer H Wang | on behalf of Creditor Wells Fargo Bank  N.A. jwang@cookseylaw.com, jwang@ecf.courtdrive.com |
| Kathryn M.S. Catherwood | on behalf of Defendant Bank of Southern California  N.A. kcatherwood@grsm.com,<br>mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com |
| Kathryn M.S. Catherwood | on behalf of Interested Party Courtesy NEF kcatherwood@grsm.com<br>mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com |
| Kelly Ann M Tran | on behalf of Interested Party Courtesy NEF kelly@smalllawcorp.com  katelin@smalllawcorp.com |
| Laurel R Zaeske | on behalf of Attorney BROWN RUDNICK LLP lzaeske@brownrudnick.com |
| Laurel R Zaeske | on behalf of Trustee Helen R. Frazer (TR) lzaeske@brownrudnick.com |
| Laurel R Zaeske | on behalf of Plaintiff Helen R. Frazer lzaeske@brownrudnick.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 3 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Laurel R Zaeske
    on behalf of Trustee Larry D Simons (TR) lzaeske@brownrudnick.com

Marc C Forsythe
    on behalf of Defendant Douglas J Roger  MD kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

Marc C Forsythe
    on behalf of Debtor Douglas Jay Roger kmurphy@goeforlaw.com  mforsythe@goeforlaw.com;goeforecf@gmail.com

Marc C Forsythe
    on behalf of Interested Party Douglas J. Roger and Nicole L. Ebarb kmurphy@goeforlaw.com
    mforsythe@goeforlaw.com;goeforecf@gmail.com

Megan E Lees
    on behalf of Interested Party Pite Duncan  LLP 4375 Jutland Drive, Suite 200 San Diego, CA 92177-0933 caecf@tblaw.com

Megan E Lees
    on behalf of Creditor Wells Fargo Bank  N.A. caecf@tblaw.com

Michael J Bujold
    on behalf of U.S. Trustee United States Trustee (RS) Michael.J.Bujold@usdoj.gov

Michael S Kogan
    on behalf of Creditor Kajan Mather & Barish  a professional corporation mkogan@koganlawfirm.com

Misty A Perry Isaacson
    on behalf of Interested Party Courtesy NEF misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Misty A Perry Isaacson
    on behalf of Defendant Ramona Richli Clark misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Misty A Perry Isaacson
    on behalf of Interested Party Liberty Orthopedic Corporation misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Misty A Perry Isaacson
    on behalf of Interested Party Universal Orthopaedic Group misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Misty A Perry Isaacson
    on behalf of Interested Party OIC Medical Corporation misty@ppilawyers.com
    ecf@ppilawyers.com;perryisaacsonmr51779@notify.bestcase.com

Mohammad Tehrani
    on behalf of U.S. Trustee United States Trustee (RS) mtehrani@duanemorris.com

Ramesh Singh
    on behalf of Interested Party Recovery Management Systems Corporation claims@recoverycorp.com

Randye B Soref
    on behalf of Creditor Simmons First National Bank rsoref@polsinelli.com  ccripe@polsinelli.com;ladocketing@polsinelli.com

Randye B Soref
    on behalf of Interested Party Courtesy NEF rsoref@polsinelli.com  ccripe@polsinelli.com;ladocketing@polsinelli.com

Raymond King - INACTIVE -
    on behalf of Interested Party Courtesy NEF rking@raykinglaw.com

Shraddha Bharatia
    on behalf of Creditor American Express Bank  FSB notices@becket-lee.com

Sue-Ann L Tran
    on behalf of Plaintiff Revere Financial Corporation cmecf@fraleylaw.com

Sue-Ann L Tran
    on behalf of Creditor Revere Financial Corporation cmecf@fraleylaw.com

Summer M Shaw
    on behalf of Interested Party Courtesy NEF ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Douglas Jay Roger ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party INTERESTED PARTY ss@shaw.law
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Defendant Douglas J Roger  MD ss@shaw.law,
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Thomas M Ferlauto
    on behalf of Interested Party LAW OFFICE OF THOMAS M. FERLAUTO  APC TMF@lawofficeTMF.com, ferlauto@me.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 57

| | |
|---|---|
| 1 | FRALEY & ASSOCIATES |
|   | Franklin R. Fraley, Jr.—SBN 151879 |
| 2 | Ste. 180 |
|   | 680 E. Colorado Blvd. |
| 3 | Pasadena CA  91101 |
|   | Tel    213.393.2520 |
| 4 | cmecf@fraleylaw.com |

Attorneys for Secured Creditor and Plaintiff
REVERE FINANCIAL CORPORATION

**FILED & ENTERED**

**SEP 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Riverside Division)

In re

DOUGLAS J. ROGER, an individual,

Debtor.

Bk. No. 6:13-bk-27611-MH

Related Bk. No. 6:13-bk-27344-MH
Related Bk. No. 6:13-bk-27610-MH

**Chapter 7**

**ORDER APPROVING STIPULATION BY INTERESTED PARTIES TO CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES**

**[Doc 1089]**

-1-

ORDER ON STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES

1  The Bankruptcy Court, having reviewed the Stipulation by Interested Parties to Continue Deadline to Object to Amended Schedules, filed 28 September 2021 (the "Stipulation") [Doc 1089], and finding that good cause exists for the Stipulation,

- continues the deadline for:
    - Chapter 7 Trustee Helen R. Frazer (the "Chapter 7 Trustee");
    - Liquidating Trustee Revere Financial Corporation ("LT-R"); and
    - Creditor Revere Financial Corporation ("RFC")

to object to Debtor Douglas J. Roger's:

- amended schedule B, filed 9 June 2021; and
- amended schedule C, filed 19 May 2021,

to 15 December 2021; and

- reserves all rights, claims, and defenses of each Stipulating Party identified in the Stipulation relating to Roger's amended schedules B and C through 15 December 2021.

###

Date: September 28, 2021

Mark Houle
United States Bankruptcy Judge

-2-

ORDER ON STIP CONTINUE DEADLINE TO OBJECT TO AMENDED SCHEDULES