| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Carmela T. Pagay (SBN 195603)<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA  90034<br>(310) 229-1234<br>(310) 229-1244 fax<br>ctp@lnbyg.com<br><br>☐ *Attorney for* | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br><br>                                                Debtor(s),<br><br><br>                                                Plaintiff(s),<br><br>                           vs.<br><br><br><br>                                                Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐   ADVERSARY NUMBER (if applicable)<br>☑   See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Carmela T. Pagay                    , 195603                    , ctp@lnbyg.com
       *Name*                              *Bar ID Number*                  *E-Mail Address*

❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
   ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name Levene, Neale, Bender, Yoo & Golubchik L.L.P._____
New Address 2818 La Cienega Avenue, Los Angeles, CA  90034_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address ctp@lnbyg.com_____

---

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 11/5/21                                              /s/ Carmela T. Pagay
                                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case Number | Case Title |
| --- | --- |
| 1:13-bk-15687-VK | Antonio Lamar Dixon |
| 1:18-bk-10694-VK | Charles Hung Ngo |
| 1:18-bk-10886-VK | Exotic Euro Cars, Inc. and Kain Kumar |
| 1:18-bk-11965-MT | Ian Jacoby |
| 1:19-bk-10531-VK | CFC California Fabrication, Inc. |
| 1:19-bk-12082-VK | Robert M. Gerstein |
| 1:20-bk-10659-VK | Nasrin Nino |
| 1:20-bk-10905-MB | Jay B. Reznick |
| 1:20-bk-11286-VK | Transpine, Inc. |
| 1:21-ap-01019-VK | Gottlieb v. Bilal et al |
| 1:21-ap-01024-VK | GOTTLIEB v. Tepper et al |
| 1:21-bk-10937-MT | Sandra S Ray |
| 2:14-bk-27656-WB | Carlo Bondanelli |
| 2:16-bk-17484-NB | Marisela Melendrez |
| 2:17-bk-17843-ER | Berger Bros., Inc. |
| 2:17-bk-20201-WB | New West TC, LLC |
| 2:17-bk-21018-RK | Prototype Engineering & Manufacturing, Inc. |
| 2:17-bk-22660-NB | Yuichiro Sakurai and Akemi Sakurai |
| 2:18-bk-11855-BB | Onebada, Inc |
| 2:18-bk-14756-BR | G.H. Cooper Properties |
| 2:18-bk-21113-VZ | Silvia Mendoza Solorio |
| 2:19-ap-01273-WB | Yoo v. Biasiolo et al |
| 2:19-bk-12569-NB | Guillermo B Moreno |
| 2:19-bk-15642-BR | Harbhajan Singh and Manprit Kaur Dhillon |
| 2:19-bk-20396-NB | Irene H Kim |
| 2:19-bk-21075-ER | LGH Digital Media, Inc., dba Larson Studios |
| 2:19-bk-21655-BR | Mahvash Mazgani |

| | |
|---|---|
| 2:19-bk-23897-WB | Samuel Kozasky |
| 2:20-ap-01157-BB | Yoo v. Morga et al |
| 2:20-ap-01180-ER | KURTZ v. Lao |
| 2:20-bk-12134-SK | Beatrice Meir |
| 2:20-bk-12732-NB | Parvin Jamali |
| 2:20-bk-13652-ER | John Robert Cashman |
| 2:20-bk-14077-BB | Juanita Frances Lohran |
| 2:20-bk-16811-BR | D.B.A. DIANE'S INCORPORATED, a California Cor |
| 2:20-bk-21020-BR | Thomas Vincent Girardi |
| 2:20-bk-21022-BR | Girardi Keese |
| 2:20-bk-21080-RK | Orchid Child Productions, LLC |
| 2:21-ap-01115-BB | Yoo, Chapter 7 Trustee v. Lao-Lowenstein et al |
| 2:21-ap-01191-ER | Wolkowitz v. Larson et al |
| 2:21-ap-01212-RK | WHOSE DOG R U PRODUCTIONS, INC. v. Wolkowitz |
| 2:21-ap-01215-BB | Yoo v. Barnett |
| 2:21-ap-01216-BR | Rund v. Girardi |
| 2:21-bk-12393-BB | Aaron Viet Lao |
| 2:21-bk-12794-BR | Ferdinand Lipana and Bernadine Lipana |
| 2:21-bk-13473-ER | Anthony Hung Quan Ho |
| 2:21-bk-13731-BB | Jamie John Barnett |
| 2:21-bk-13765-SK | Young Woon Choi |
| 2:21-bk-14413-BR | Nestor Zerrudo and Elenita Zerrudo |
| 2:21-bk-16032-WB | Michael Courtney |
| 6:07-bk-18560-SY | Lance Ray Hunt and Wendi Lyn Hunt |
| 6:13-bk-27344-MH | Douglas J Roger, MD, Inc., A Professional Corporat |
| 6:13-bk-27611-MH | Douglas Jay Roger |
| 6:14-bk-16813-MH | M. A. Tabor |
| 6:15-bk-21904-SC | Four-D College |

| Case Number | Name |
|---|---|
| 6:18-bk-10939-MH | Vance Zachary Johnson |
| 6:19-ap-01138-SY | Frealy v. Ibarra et al |
| 6:19-bk-10341-WJ | Edgar Isac Angon |
| 6:19-bk-13044-WJ | Accelerating Ministries |
| 6:19-bk-14194-WJ | Shawn Farshad Rad |
| 6:19-bk-14203-MH | Anthony Joseph Amatulli |
| 6:19-bk-14205-SY | Riverside Christian Schools, a California non-prof |
| 6:19-bk-15266-MW | Michael A. Madrid |
| 6:19-bk-15445-SY | Teresa Gastelum |
| 6:19-bk-19750-SC | Delta Hospice of California Inc |
| 6:20-bk-12212-MH | Juan Vargas and Anabely Vargas |
| 6:20-bk-14798-SC | Ben Clymer's The Body Shop Perris Inc. |
| 6:20-bk-15400-MH | Fasttrak Foods, LLC |
| 6:21-ap-01016-MH | Bui v. Vargas |
| 6:21-ap-01065-SC | Frealy v. Ramos et al |
| 6:21-ap-01122-SC | Frealy v. PSG Capital Partners, Inc. |
| 6:21-bk-10041-SC | Empire Transportation Services, Inc. |
| 6:21-bk-10576-WJ | FORTUNAUTO 13, LLC |
| 6:21-bk-11576-SC | Gildardo Ramos and Alma Delia Ramos |
| 6:21-bk-12412-MH | Lourdes P. Vargas |
| 8:19-bk-10710-SC | MyTailor.com |
| 8:21-bk-12194-MW | Eric Scott Cunningham |
| 9:17-bk-11363-DS | Rajysan, Inc. |
| 9:18-bk-10584-MB | Corona Elias |
| 9:19-ap-01054-MB | Namba v. Rasbe, Inc et al |
| 9:19-bk-11122-MB | Rasbe, Inc |
| 9:19-bk-11123-MB | Sherr, LLC |
| 9:19-bk-11124-MB | Emmet Inv, Inc. |

| | |
|---|---|
| 9:19-bk-12036-DS | Walter W. Knauss and Catherine Lynn Knauss |
| 9:20-bk-11439-DS | Rhonda Lisa Orbach Ason |
| 9:21-ap-01024-DS | Faith (TR) v. Ason |
| 9:21-bk-10256-DS | Kenneth Leigh Gould |